# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00018-CV

**Shakeel Mustafa, Appellant**

**v.**

**Pakiza Asim, Appellee**

---

### FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY,
### NO. 11-0061-FC1, THE HONORABLE THOMAS O. STANSBURY, JUDGE PRESIDING

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Shakeel Mustafa challenges the trial court's order on a motion to modify in the underlying SAPCR. The Court previously granted Mustafa's motion to abate this appeal and remanded to the trial court for entry of findings of fact and conclusions of law. The trial court subsequently issued findings of fact and conclusions of law that were filed with this Court in a supplemental record.

Mustafa then filed a motion to extend the abatement, asserting that he had filed a motion for reconsideration in the trial court to challenge the trial court's findings and conclusions and that the motion was under consideration by the trial court. We granted Mustafa's motion, extending our abatement of this appeal, and remanded this cause to the trial court to provide Mustafa additional time to obtain a ruling on his motion for reconsideration. Mustafa has now

filed a status report, which in substance is a motion to extend the abatement, informing the Court that the trial court has not yet ruled on his motion for reconsideration. In addition, appellee Pakiza Asim informed the Court by letter that the trial court has set the motion for hearing. The Court received a supplemental clerk's record from the trial court, but it does not contain a ruling on Mustafa's motion for reconsideration.

We grant Mustafa's motion, extend our abatement of this appeal, and remand this cause to the trial court to provide Mustafa additional time to obtain a ruling on his motion for reconsideration. We instruct the trial-court clerk to prepare a supplemental record containing the trial court's ruling on the motion. We further instruct Mustafa to file a motion to reinstate the appeal, a motion to extend the abatement, or a report advising us of the status of the case no later than August 28, 2023.

It is ordered on July 28, 2023.

Before Justices Baker, Triana, and Smith

Abated and Remanded

Filed: July 28, 2023